UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK TUNNE,

      Plaintiff,

-against-

JUDGE BRENDA S. SPEARS, ET AL.,

      Defendants.

19-CV-10666 (CM)

CIVIL JUDGMENT

  Pursuant to the order issued December 19, 2019, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). The Court declines to exercise supplemental jurisdiction over any state law claims that Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 20, 2019
    New York, New York

                COLLEEN McMAHON
              Chief United States District Judge